IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-23-00185-PRW |
| ) | |
| KEANO DENZELL THREATS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Keano Denzell Threats' Unopposed Motion for Psychiatric Examination (Dkt. 17). The motion was filed pursuant to 18 U.S.C. § 4241(a)–(b), and it requests (1) a hearing to determine Mr. Threats' mental competency and (2) an order for the examination of Mr. Threats, to be performed by a Federal Medical Center psychiatrist or psychologist, to determine whether Mr. Threats is presently mentally incompetent such that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. The Court concludes there is reasonable cause to believe that Mr. Threats may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.[1] Accordingly, the motion is hereby **GRANTED**.

**IT IS ORDERED** that Mr. Threats be committed to the custody of the Attorney General for placement in a suitable facility, for a period not to exceed thirty (30) days

---

[1] *See* 18 U.S.C. § 4241; *Dusky v. United States*, 362 U.S. 402 (1960).

1

unless extended as provided by law, for an examination by at least one licensed or certified psychiatrist or psychologist to determine whether he may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS FURTHER ORDERED** that the examiner shall prepare and submit *in camera* to the Court the report prescribed in 18 U.S.C. § 4247(c), with copies provided to counsel for Mr. Threats and to counsel for the United States. Said report should include (1) Mr. Threats' history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinion as to diagnosis, prognosis, and whether Mr. Threats is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS FURTHER ORDERED** that the United States Marshal for the Western District of Oklahoma shall notify the United States Bureau of Prisons of this Court's Order as soon as possible and upon completion of said examination, return Mr. Threats to this Court for further proceedings. A hearing shall be held pursuant to 18 U.S.C. §§ 4241(d) and 4247(d), to be scheduled after completion of Mr. Threats' examination.

**IT IS FURTHER ORDERED** that the case is **STRICKEN** from the July 2023 Trial Docket, to be rescheduled upon completion of the examination and receipt and review

of the reports ordered by the Court, and docket call scheduled for Thursday, July 6, 2023, is also **STRICKEN**. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court orders this period of time be deemed excludable under the provisions of the Speedy Trial Act.

**IT IS SO ORDERED** this 27th day of June 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE